# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information associated with Discord User IDs, that is stored at premises controlled by Discord, more fully described in Attachment A | ) <br> ) <br> ) Case No.    17-SW-00114-JTM <br> ) <br> ) <br> ) |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Northern    District of    California
*(identify the person or describe the property to be searched and give its location)*:
Information associated with Discord User IDs that is stored at the premises controlled by Discord, headquartered in Campbell, California, more fully described in Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B (Items to be seized), attached hereto and incorporated by reference, which is contraband, instrumentalities, and evidence concerning enticement of a minor, travel with intent to engage in illicit sexual conduct, production, reciept and possession of child pornography in violation of 18 U.S.C. §§ 2422(b), 2423(b), 2251(a), & 2252.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before    May 11, 2017
                                                                                                                              *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
John T. Maughmer                                    .
                        *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*    ☐ for      days *(not to exceed 30)*.
                                                             ☐ until, the facts justifying, the later specific date of            .

Date and time issued:    05/04/2017 1:20 pm                          *[signature]*
                                                                                                           *Judge's signature*

City and state:    Kansas City, Missouri                        John T. Maughmer, United States Magistrate Judge
                                                                                                           *Printed name and title*

# Return

| Case No.: 17-SW-00114-JTM | Date and time warrant executed: 5/8/2017 | Copy of warrant and inventory left with: N/A Discord email |
|---|---|---|

Inventory made in the presence of: N/A

Inventory of the property taken and name of any person(s) seized:

Discord Profile of Dela Cruz
Return results on 5/12/2017

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/8/2017

_Executing officer's signature_

SA Amy L Ramsey
_Printed name and title_